THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HERMAN GROSS, Appellant.

*Crimes — robbery in first degree as second offense — judgment of conviction
affirmed.*

*People* v. *Gross*, 221 App. Div. 245, affirmed.

(Argued May 1, 1928; decided May 11, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered June 24, 1927, which affirmed a
judgment of the Court of General Sessions of the county of
New York rendered upon a verdict convicting the defend-
ant of the crime of robbery in the first degree as a second
offense.

*Leonard A. Snitkin* and *Louis H. Klugherz* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of
counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.